**Entered on Docket**
**July 24, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | Joey DeLeon, Esq. (SBN 150974)
2 | 3501 Jamboree Rd., North Tower, 4th Flr    **Signed: July 24, 2009**
    Newport Beach, CA 92660
3 | Telephone: (949) 509-4231
    Facsimile: (949) 725-0619
4 | Attorneys for Downey Savings

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| LUIS and CARMEN RUEDA | ) CHAPTER: 7 |
| | ) |
| Debtor(s) | ) CASE NO.: 09-44296- LT |
| | ) |
| | ) RS No. JDL-151 |
| DOWNEY SAVINGS AND LOAN ASSOCIATION F.A., | ) |
| | ) **ORDER GRANTING** |
| | ) **RELIEF FROM STAY** |
| Movant | ) **(2341 Hickory Dr., Concord, CA)** |
| v. | ) |
| | ) Hearing Date/Time: 7/17/2009 @ 11:00 a.m. |
| LUIS and CARMEN RUEDA, Debtor(s), and PAUL MANSDORF, Trustee | ) Judge: L. Tchaikovsky |
| | ) Dept:    201 |
| Respondents | ) |

The hearing in the above-entitled case was held on the date, at the time, and in the department above-referenced, with Downey Savings and Loan Association F.A. ("Downey") being represented by and through counsel, and other appearances being made as set forth on the record in open court, and an Affidavit of Service of all Respondents and of the U.S. Trustee having been filed with the Court, and the Court having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

-1-

1. Downey is released from the Stay provided under 11 U.S.C. §362(a) with respect to the real property in **Contra Costa** County, California located at **2341 Hickory Dr., Concord, CA** (the "Property"), which is legally described as;

> LOT 162 AS DESIGNATED ON THE MAP ENTITLED CONCORD VISTA, CONTRA COSTA COUNTY, CALIFORNIA, WHICH MAP WAS FILED IN THE OFFFICE OF THE COUNTY RECORDER OF THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, ON AUGUST 20, 1976 IN BOOK 30 OF MAPS, PAGE 29.

2. The ten (10) day waiting period under Bankruptcy Rule 4001(a)(3) is waived.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

Debtor(s):
LUIS and CARMEN RUEDA
2341 Hickory Dr.
Concord, CA 94520

Debtor(s) Attorney (if any):
Carl Gustafson, Esq.
2258 Monument Blvd.
Concord, CA 94523

Trustee:
PAUL MANSDORF
1563 Solano Ave. #703
Berkeley, CA 94707

U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

Attorney for Downey Savings
Joey DeLeon, Esq.
Downey Savings and Loan Association F.A.
3501 Jamboree Rd., North Tower, 4th Floor
Newport Beach, CA 92660